**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**JAMES GREEN, JR.,
ADC #113001**                                                            **PLAINTIFF**

**v.**                  **5:10CV00192BSM/JTK**

**ROBERT ROSEGRANT, et al.**                                  **DEFENDANTS**

<u>ORDER</u>

     Plaintiff James Green, Jr., requests a preliminary injunction (Doc. No. 3) to prevent Rod's Towing and Service of Monticello, Arkansas from either selling, dismantling, or destroying a vehicle, a 2002 Cadallic DeVille, VIN # 1G6KD54Y92UI00753. Because irreparable harm may result if the car is sold, dismantled, or destroyed, Green's request for a preliminary injunction is granted pursuant to Federal Rule of Civil Procedure 65. Accordingly, Rod's Towing and Service of Monticello, Arkansas is hereby directed to keep the car in its possession, unaltered, until it receives further orders.

     IT IS SO ORDERED this 23rd day of July, 2010.

                                                      _____
                                                      UNITED STATES DISTRICT JUDGE