IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JAMES GREEN, JR.,
ADC #113001                                                                                          PLAINTIFF

v.                                            5:10CV00192BSM/JTK

ROBERT ROSEGRANT, et al.                                                                DEFENDANTS

## ORDER

On August 6, 2010, United States District Judge Brian S. Miller referred to me plaintiff's motion to dismiss, for a recommended disposition (Doc. No. 13). However, after reviewing the case file and the pending motion, I believe I should recuse myself from this matter, because plaintiff was represented by Attorney Jack Kearney, my brother, at some stage of his state criminal matter. In addition, it appears that plaintiff is requesting the Court to appoint Jack Kearney to represent him in this matter (Doc. No. 8).

The Clerk of the Court is hereby directed to reassign this matter to another United States Magistrate Judge.

DATED this 17th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE