**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMES GREEN, JR.**                                                          **PLAINTIFF**
**ADC #113001**

**v.**                      **CASE NO. 5:10CV00192 BSM**

**ROBERT ROSEGRANT et al.**                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed September 16, 2010, judgment is entered dismissing this case with prejudice. Furthermore, an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 16th day of September, 2010.

                                                       _____
                                                       UNITED STATES DISTRICT JUDGE